THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MORRIS L. LAMB et al., Individually and Doing Business under the Firm Name of LAMB & BRANNAMAN, Defendants; THOMAS J. LOWERY, as Receiver, et al., Appellants.

Submitted January 22, 1940; decided January 23, 1940.

*John J. Bennett, Jr., Attorney-General (Irving H. Lessen* of counsel), for motion.

*David B. Sugarman* opposed.

Motion granted and appeal dismissed, without costs.